IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RISEANDSHINE CORPORATION d/b/a RISE BREWING<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PEPSICO, INC.<br><br>　　　　　　　　Defendant. | CASE NO.: 1:21-cv-03198<br><br>Honorable John Z. Lee<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF RISEANDSHINE CORPORATION'S OPPOSED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff RiseandShine Corporation, d/b/a Rise Brewing ("Rise Brewing") seeks entry of a Preliminary Injunction arising out of 15 U.S.C. § 1114 and 15 U.S.C. § 1125, Illinois Common Law, and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, barring Defendant PepsiCo, Inc., from selling, offering to sell, causing to be sold, disseminating, importing, distributing, circulating, promoting, marketing, advertising, or in any way commercially exploiting its infringing Mtn Dew RISE mark in the United States. Plaintiff's Memorandum of Law in Support of its Opposed Motion for Preliminary Injunction and associated declarations and exhibits are being filed concurrently with this Motion. Rise Brewing contacted counsel for Defendant PepsiCo, Inc. ("PepsiCo") via email on June 17, 2021, regarding this request, and was informed that PepsiCo opposed this motion.

Dated:  June 29, 2021

Respectfully Submitted,

*/s/Jason Rosenberg*

Jason Rosenberg (Bar No. 6275801)
Jason.Rosenberg@alston.com
Holly Hawkins Saporito (PHV To Be Filed)
Holly.Saporito@alston.com
Emily Welch (PHV To Be Filed)
Emily.Welch@alston.com

ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Tel. (404) 881-7000
Fax. (404) 881-7777

Paul Tanck (PHV To Be Filed)
Paul.Tanck@alston.com
ALSTON & BIRD LLP
90 Park Ave
New York, NY 10016
Tel. (212) 210-9400
Fax. (212) 210-9444

A. Colin Wexler
Colin.Wexler@goldbergkohn.com
Robert Leighton
Robert.Leighton@goldbergkohn.com
GOLDBERG KOHN, LTD.
55 E. Monroe St.
Suite 3300
Chicago, IL  60603
Tel. (312) 201-4000

*Attorneys for Plaintiff, RiseandShine Corporation d/b/a Rise Brewing*

**CERTIFICATE OF SERVICE**

    I, the undersigned counsel, certify that on June 29, 2021, I caused a copy of the foregoing document to be electronically filed using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                                  */s/Jason Rosenberg*