IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEANDSHINE CORPORATION d/b/a RISE BREWING<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC.<br><br>Defendant. | Case No.   1:21-CV-6324-LGS<br><br>Honorable Lorna G. Schofield |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

Pursuant to Local Civil Rule 1.4, attorney Thomas B. Quinn of Riley Safer Holmes & Cancila LLP respectfully moves to withdraw as one of the attorneys for Defendant PepsiCo, Inc. Defendant PepsiCo, Inc. will continue to be represented by other counsel of record from Baker Botts L.P.

Mr. Quinn further states that he is not asserting a retaining or charging lien.

Dated:  August 5, 2021

Respectfully submitted,

By:   /s/ *Thomas B. Quinn*
Thomas B. Quinn
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL  60602
(312) 471-8700
tquinn@rshc-law.com

**ATTORNEY FOR DEFENDANT PEPSICO, INC.**

## CERTIFICATE OF SERVICE

      I, undersigned counsel, certify that on August 5, 2021, I caused a copy of the foregoing document to be electronically filed using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                          */s/ Thomas B. Quinn*