# Exhibit A-3



**Melissa Pittaoulis**
Associate Director

National Economic Research Associates, Inc.
Three Logan Square, Suite 1100
Philadelphia, Pennsylvania 19103
+1 215 864 3880 Fax +1 215 864 3849
Direct dial: 215-864-3879
melissa.pittaoulis@nera.com
www.nera.com

# Melissa Pittaoulis
## Associate Director

Dr. Pittaoulis is an Associate Director based in NERA's Philadelphia office. Dr. Pittaoulis specializes in survey research, statistical sampling, and demography. Her survey research experience includes designing research, writing questionnaires, supervising data collection, and analyzing data. In addition to designing surveys, Dr. Pittaoulis also reviews and evaluates third-party surveys.

Dr. Pittaoulis has designed and conducted surveys in a broad range of cases, including intellectual property, class action, and antitrust litigation. She has implemented surveys using different modes of data collection, including telephone, mall-intercept, and the Internet. She has experience conducting surveys among various populations of respondents, including consumers, employees, physicians, pharmacists, health-care administrators, and financial services professionals.

Dr. Pittaoulis has extensive experience working on surveys used in intellectual property disputes concerning false advertising and trademark and trade dress infringement. In the area of trademark and trade dress infringement, Dr. Pittaoulis' project experience includes designing surveys used to establish likelihood of confusion, secondary meaning, and genericness.

Dr. Pittaoulis' sampling expertise includes designing sampling plans, selecting samples, and calculating sample estimates and confidence intervals. Her demography work has concentrated on producing population estimates used in determining class certification.

Dr. Pittaoulis has worked on survey and sampling projects in a wide variety of industries, including: automobiles, beverages, beauty products, clothing apparel, computers, financial products, healthcare, hotels, insurance, mobile phones, personal care products, pharmaceuticals, retail stores, snack foods, travel, and video games. In addition, Dr. Pittaoulis has considerable experience with radio and television audience measurement. She has also conducted studies on cost-sharing in the Medicare Part D program.

In addition to her work at NERA, Dr. Pittaoulis has taught statistics at the undergraduate level at Temple University.

Melissa Pittaoulis

## Education

**Temple University**
Ph.D., Sociology 2012
M.A., Sociology, 2004

**La Salle University**
B.A., Sociology and Criminal Justice, 2000

## Professional Experience

|  | **NERA Economic Consulting** |
|---|---|
| 2017-Present | Associate Director |
| 2013-2017 | Senior Consultant |
| 2011-2013 | Consultant |
| 2006-2011 | Senior Analyst |
| 2003-2006 | Research Associate |

| 2003-2005 | **Temple University** |
|---|---|
|  | Instructor |
|  | Taught undergraduate courses in statistics |
|  | Teaching Assistant |
|  | Taught lab sections for undergraduate courses in statistics |

## Honors and Professional Activities

University Fellowship, Temple University, 2002-2006
University Scholarship, La Salle University, 1996-2000
Member, American Association of Public Opinion Research
Member, International Trademark Association

Melissa Pittaoulis

## Presentations

"How Should Surveys Measure Continuing Commercial Impression?" Emily C. & John E. Hansen Intellectual Property Institute, Fordham University, April 8, 2021.

"A Case Study on Drug Pricing: How Do We Reign in Costs Without Risking Innovation?" American Conference Institute Women Leaders in Life Sciences Law, November 18, 2020

"Working with Experts to Litigate Liability and Damages in False Advertising Cases." McCarter & English Webinar, October 27, 2020.

"Working with Experts to Litigate Liability and Damages in False Advertising Cases." NERA Intellectual Property Webinar, May 20, 2020.

Participant on "Damages" panel. Berkeley-Stanford Advanced Patent Law Institute, December 6, 2018.

"How to Effectively Use Statistical Sampling in Class Action Litigation: Tips and Strategies in 2018." Webinar presented by The Knowledge Group in 2017.

Participant on panel entitled "Building a Defensive IP Strategy: Leveraging the Favorable Landscape." Centerforce IP Strategy Summit Series, June 7, 2017.

"Competitor's Comparative Advertising: Practical Guide and Best Practices in Winning Your Claims in 2016." Webinar presented by The Knowledge Group in 2016.

"Hot Topics in Online Behavioral Advertising for 2015 Explored!"  Webinar presented by The Knowledge Group in 2015.

"Attitudes and Approaches Towards Choosing a College Major" at American Sociological Association in 2013.

"Designing and Defending Surveys Used in Commercial Litigation" at American Association of Public Opinion Research in 2013.

"College Students' Motivations for Choosing Academic Majors," at Eastern Sociological Society in 2010.

 "The Impact of Work-Family Conflict on Job Satisfaction," at Eastern Sociological Society in 2005.

## Papers and Publications

"Control Groups in Lanham Act Surveys," with Eugene P. Ericksen, *The Trademark Reporter*, May-June 2014 Vol. 104 No. 3.

Melissa Pittaoulis

"Comments on EPA's Notice of Data Availability for §316(b) Stated Preference Survey," with David Harrison et al., NERA Working Paper, July 2012.

"How Much Does that Medication Cost? A Study of Medicare Beneficiaries' Knowledge of Out-of-Pocket Costs for Prescription Drugs on the Specialty Tier," with Eugene P. Ericksen, NERA Working Paper, August 2011.

## Expert Testimony

*Enclave Audio Limited v. BenQ America Corp.\*,* United States District Court, Northern District of Illinois, Eastern Division [Deposition: June 30, 2021]

*Republic Technologies (NA), LLC and Republic Tobacco, L.P.\* v. BBK Tobacco & Foods, LLP d/b/a HBI International*, United States District Court, Norther District of Illinois [Deposition: May 17, 2018. Trial Testimony: June 22-23, 2021]

*Chanel, Inc., v. WGACA, LLC, What Comes Around Goes Around LLC d/b/a What Goes Around Comes Around, MHW Properties, Inc., WGACA Web, LLC, Pines Vintage Inc., Vintage Designs LTD., and WCAGA LA, LLC\*,* United States District Court, Southern District of New York [Deposition: June 18, 2021]

*Deltona Transformer Corporation\* v. The Noco Company*, United States District Court for the Middle District of Florida, Orlando Division [Deposition: June 15, 2020. Trial Testimony: May 24, 2021]

*CFA Institute v. American Society of Pension Professionals & Actuaries; American Society of Pension Professionals & Actuaries d/b/a National Association of Plan Advisors; and American Society of Pension Professionals & Actuaries, d/b/a American Retirement Association\**, United States District Court for the Western District of Virginia, Charlottesville Division [Deposition: May 11, 2020]

*Harbor Breeze Corporation and L.A. Waterfront Cruises, LLC\* v. Newport Landing Sportfishing, Inc., Davey's Locker Sportfishing, Inc., Ocean Explorer, Inc., Freelance Sportfishing, Inc. and Does 1-10*, United States District Court, Central District of California, Southern Division [Deposition: April 29, 2019. Trial Testimony: June 20, 2019]

*Danone, US, LLC v. Chobani, LLC\**, United States District Court, Southern District of New York [Testimony at Preliminary Injunction Hearing: January 14, 2019]

*Steve Oddo, Rajene Reardon, et al.\* v. Arcoaire Aire Conditioning and Heating, Carrier Corporation, Bryant Heating and Cooling Systems, Comfortmaker Air Conditioning and Heating, International Comfort Products LLC, and United Technologies Corporation*, United States District Court, Central District of California, Santa Ana Division [Deposition: June 22, 2018]

Melissa Pittaoulis

*Kars 4 Kids Inc. v. America Can!\**, United States District Court, District of New Jersey [Deposition: April 4, 2018]

*Hypnotic Hats, LTD.\* v. Wintermantel Enterprises, LLC; Hype Socks, LLC; and Hype Cheer, LLC.*, United States District Court, Southern District of New York [Deposition: December 19, 2017]

*Fratelli Branca Distilleries S.R.L. v. F. LLI Gancia & C.S.P.A.\**, United States Patent and Trademark Office, Trademark Trial and Appeal Board [Deposition : November 17, 2017]

*Central Bank & Trust Co. v. Gannett Satellite Information Network, Inc.\* and James Pilcher,* Commonwealth of Kentucky, Fayette Circuit Court, Division 4 [Deposition: August 8, 2017]

*Hi-Tech Pharmaceuticals, Inc.\* v. Dynamic Sports Nutrition, LLC d/b/a Anabolic Research, PBB Trademark Holdings, LLC, and Brian Clapp.*, United States District Court, Northern District of Georgia, Atlanta Division [Deposition: March 15, 2017]

*The Hilsinger Company\* v. FBW Investments, LLC and Kleen Concepts, LLC.*, United States District Court, District of Massachusetts [Deposition: February 15, 2017]

*Wendy and Nicholas Grasso et al.\* v. Electrolux Home Products, Inc.*, United States District Court, Middle District of Florida, Tampa Division [Deposition: October 12, 2016]

*Trump Old Post Office, LLC\* v. CZ-National, LLC and BVS Acquisition Co.*, LLC Superior Court for the District of Columbia, Civil Division [Deposition: July 7, 2016]

*In Re: Fluidmaster, Inc. Water Connector Components Products Liability Litigation*, United States District Court, Northern District of Illinois [Deposition: June 6, 2016]

*Edible Arrangements International, LLC and Edible Arrangements, LLC v. 1-800-Flowers.com, Inc., 800-Flowers, Inc.\*, and June V. Delaney and David Delaney d/b/a Fruit Bouquets Staten Island*, United States District Court, District of Connecticut [Deposition: May 3, 2016]

*Terrance Justice, Andrea Hatfield et al.\* v. Rheem Manufacturing Company,* United States District Court, Southern District of Florida [Deposition: March 1, 2016]

*Tracy Sanborn and Louis Lucrezia et al.\* v. Nissan North America Inc., Nissan Motor Company, LTD.*, United States District Court, Southern District of Florida [Deposition: February 11, 2016]

\*Retaining Party