UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
RISEANDSHINE CORPORATION,                                     :
                                       Plaintiff,             :         21 Civ. 6324 (LGS)
                                                              :
                -against-                                     :         ORDER
                                                              :
PEPSICO INC.,                                                 :
                                       Defendant.             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 26, 2021, Plaintiff filed a motion for preliminary injunction (Dkt. No. 81), and on August 10, 2021, Defendant filed a substantial opposition, including two expert reports (Dkt. No. 103).

WHEREAS, pursuant to the Court's July 27, 2021, Order, a hearing is scheduled for August 13, 2021. Dkt. No. 85.  It is hereby

**ORDERED** that, the hearing is **ADJOURNED** to September 9, 2021, at 11:45 a.m.  It is further

**ORDERED** that, by **August 25, 2021**, Plaintiff shall file a reply.  It is further

**ORDERED** that, by **August 18, 2021**, the parties shall meet and confer to attempt to negotiate an interim solution and shall file a letter apprising the Court of the results of their discussions.

Dated:  August 11, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE