UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                 :
RISEANDSHINE CORPORATION,              :
                                     Plaintiff,    :          21 Civ. 6324 (LGS)
                                                         :
                 -against-                  :          <u>ORDER</u>
                                                         :
PEPSICO INC.,                                 :
                                     Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 8, 2021, the Court held an evidentiary hearing on Plaintiff's motion for a preliminary injunction.

       WHEREAS, at the hearing, the Court admitted certain documents into evidence. It is hereby

       **ORDERED** that, by **October 11, 2021**, the parties shall provide the Court and opposing counsel with a copy of any exhibit admitted into evidence. The parties shall email the exhibits to the Court at Schofield_NYSDChambers@nysd.uscourts.gov. Defendant shall also provide the financial information that the Court requested on the record at the hearing.

Dated: October 8, 2021
       New York, New York

                                                           LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE