UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RISEANDSHINE CORPORATION,  :
                     Plaintiff,  :      21 Civ. 6324 (LGS)
                                  :
         -against-          :      ORDER
                                  :
PEPSICO INC.,  :
                    Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 8, 2021, the Court held an evidentiary hearing on Plaintiff's motion for a preliminary injunction and admitted certain documents into evidence.

      WHEREAS, the Order dated October 8, 2021, required the parties to provide the Court and opposing counsel with a copy of any exhibit admitted into evidence by October 11, 2021.

      WHEREAS, Defendant's demonstrative (Dkt. Nos. 135-2, 135-3) was not admitted into evidence. It is hereby

      **ORDERED** that the filings at Docket Nos. 135-2 and 135-3 are **STRICKEN**.

      The Clerk of Court is respectfully requested to strike (and remove from the docket) the filings at Docket Nos. 135-2 and 135-3.

Dated: October 12, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE