UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RISEANDSHINE CORPORATION,  :
                          Plaintiff,  :      21 Civ. 6324 (LGS)
                                      :
            -against-               :      <u>ORDER</u>
                                        :
PEPSICO INC.,  :
                        Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a Rule 16 conference in this matter is scheduled for December 9, 2021. (Dkt No. 146.)

       WHEREAS, no significant issues were raised in the parties' proposed case management plan. (*See* Dkt. No. 145.) It is hereby

       **ORDERED** that, the December 9, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order.

Dated: December 3, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE