UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                Plaintiff,

-v-

PEPSICO INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held today, March 17, 2022, the Court orders as follows:

1. The following witnesses' depositions shall take place on the following dates:

| Witness | Date |
| --- | --- |
| Melissa Kalimov | March 22, 2022 |
| Jarrett McGovern | March 24, 2022 |
| Corey Guidi | March 30, 2022 |
| Allison Schmidt | April 1, 2022 |
| Rachel Ratliff | April 5, 2022 |

2. For all depositions, the parties shall meet and confer to agree on start and end times that reasonably accommodate the witnesses' personal and work schedules;

3. By **March 25, 2022**, the parties shall file a joint letter (i) confirming that all remaining fact witness depositions have been scheduled; and (ii) advising whether there are any

    disputes regarding the topics for either party's Fed. R. Civ. P. 30(b)(6) witness(es) as to which the parties seek the Court's ruling, and, if so, attaching the topics to the joint letter;

4. The depositions of non-parties Steven Salzinger and Hudson Gaines-Ross shall count toward Defendant's limit of fourteen depositions, and Plaintiff has foregone the right to question those witnesses at their depositions;

5. The deadline to complete document discovery, apart from specific post-deposition requests for production, if necessary, remains **April 29, 2022**;

6. All fact witness depositions shall be completed by **May 13, 2022**;

7. All expert discovery shall be completed by **June 27, 2022**; and

8. The parties are directed to order a transcript of today's conference.

Dated:     New York, New York
             March 17, 2022

                                         SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge