UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                      Plaintiff,

   -v-

PEPSICO INC.,

                      Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**<u>SEALING ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF Nos. 211 and 216 to file the documents at ECF Nos. 213 and 218 with redactions are GRANTED.  The documents at ECF Nos. 212 and 217 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 211 and 216.

Dated:     New York, New York
             March 31, 2022                          SO ORDERED.

                                                            _____
                                                            SARAH L. CAVE
                                                            United States Magistrate Judge