UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                 Plaintiff,

-v-

PEPSICO INC.,

                 Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's letter-motion for a discovery conference (ECF No. 224 (the "Letter-Motion")) is GRANTED. A telephone conference is scheduled for **Friday, May 6, 2022 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Plaintiff's request for an extension of time to respond to the Letter-Motion (ECF No. 225) is GRANTED. Plaintiff shall respond to the Letter-Motion by **April 22, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 224.

Dated:     New York, New York
            April 18, 2022

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**