UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                               Plaintiff,

   -v-

PEPSICO INC.,

                               Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's letter-motion for a discovery conference (ECF Nos. 229, 230 (the "Letter-Motion")) is GRANTED. The Court will address the issues raised in the Letter-Motion at the May 6, 2022 telephone conference. (See ECF No. 226). Per the Court's Individual Practices, Defendant shall respond to the Letter-Motion by **April 26, 2022**.

The Clerk of Court is respectfully directed to close ECF Nos. 229 and 230.

Dated:       New York, New York
              April 22, 2022

                                                     SO ORDERED.

                                                       _____
                                                       SARAH L. CAVE
                                                       **United States Magistrate Judge**