UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                            Plaintiff,

   -v-

PEPSICO INC.,

                           Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 228 to file certain documents at ECF No. 230 with redactions or under seal is GRANTED.  The documents at ECF No. 229 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 228.

Dated:      New York, New York
              April 22, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge