UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                    Plaintiff,

  -v-

PEPSICO INC.,                             CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

                    Defendant.                   **ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's letter-motions for a discovery conference with respect to its requests to compel discovery from Plaintiff (ECF Nos. 244, 245) and from four third parties (the "Third Parties") (ECF No. 246) are GRANTED. The Court will address the issues raised in these letter-motions at the May 6, 2022 telephone conference. (See ECF No. 226). Per the Court's Individual Practices, counsel for Plaintiff, who also represent the Third Parties with respect to Defendant's document subpoenas (see ECF No. 246), shall respond to each letter-motion by **May 4, 2022**.

The Clerk of Court is respectfully directed to close ECF Nos. 244, 245, and 246.

Dated:     New York, New York
           May 2, 2022

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**