UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RISEANDSHINE CORPORATION,

                                 Plaintiff,          21 Civ. 6324 (LGS)

            -against-                          ORDER

PEPSICO INC.,

                                 Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on April 14, 2022, Magistrate Judge Cave issued an Order directing Defendant to produce a witness to testify to modified versions of Topics 18, 19 and 20 of Plaintiff's Rule 30(b)(6) Deposition Notice, and produce documents responsive to a modified version of Plaintiff's Document Request No. 2.  (Dkt. No. 221 at 1-2.)

        WHEREAS, on April 28, 2022, Defendant timely filed objections to Judge Cave's April 14, 2022, Order.  (Dkt. No. 241.)  It is hereby

        **ORDERED** that, by **May 6, 2022**, Plaintiff shall file a response, not to exceed ten pages.

Dated: May 3, 2022
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE