UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RISEANDSHINE CORPORATION,

                               Plaintiff,              21 Civ. 6324 (LGS)

         -against-                         ORDER

PEPSICO INC.,

                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 4, 2022, Non-Party Starbucks filed a proposed order to show cause why an order should not be issued pursuant to Rule 24(a) of the Federal Rules of Civil Procedure permitting Non-Party Starbucks to intervene.  (Dkt. No. 255.)  It is hereby

**ORDERED** that by **May 10, 2022**, Plaintiff shall file any response, not to exceed ten pages.  No response shall be filed by Defendant without leave of Court.

Dated: May 5, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE