UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                              Plaintiff,

         -v-

PEPSICO INC.,

                              Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 294) for a stay of its deadline to rebut certain portions of the Rebuttal Report of Thomas W. Britven pending the resolution of a motion to strike is GRANTED.

A Telephone Conference is scheduled for **Wednesday, June 29, 2022 at 2:00 pm** on the Court's conference line to discuss the remaining issues raised in Plaintiff's letter at ECF No. 294, as well as the discovery issues raised in Defendant's letter-motion at ECF No. 301 (the "Letter-Motion").  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  Per the Court's Individual Practices, Plaintiff shall file a response to the Letter-Motion by **June 27, 2022**.

Dated:        New York, New York               SO ORDERED.
              June 23, 2022

SARAH L. CAVE
United States Magistrate Judge