UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                Plaintiff,

-v-

PEPSICO INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF Nos. 281, 284, 296, 299, 303, and 307 to file certain documents at ECF No. 283, 286, 298, 301, 305, and 306 with redactions or under seal is GRANTED. The documents at ECF No. 282, 285, 297, 300, 304, and 308 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 281, 284, 296, 299, 303, and 307.

Dated:     New York, New York
            June 28, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge