UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                         Plaintiff,

-v-

PEPSICO INC.,

                        Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to extend the deadline to complete expert depositions (ECF No. 323) is GRANTED, and the Court orders as follows:

1. All expert depositions shall be completed by **August 18, 2022**, and shall proceed pursuant to the schedule set forth in the parties' letter at ECF No. 323; and

2. The telephonic case management conference before the Honorable Lorna G. Schofield scheduled for August 17, 2022 at 4:10 pm is ADJOURNED to **Wednesday, September 7, 2022 at 4:10 pm**. The parties are directed to call: (888) 363-4749; access code: 5583333, at the scheduled time. Pursuant to Judge Schofield's order at ECF No. 291, any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference. If no pre-motion letter is timely filed, this conference will be cancelled and the matter placed on the Court's trial ready calendar.

Dated:     New York, New York
             July 11, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge