UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                              Plaintiff,

-v-

PEPSICO INC.,

                              Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Second Circuit's recent opinion regarding Defendant's appeal from the preliminary injunction (ECF No. 328 (the "Opinion"), the Court orders as follows:

1. The parties shall promptly meet and confer and, by **August 10, 2022**, file a joint letter (the "Letter") regarding (i) the effect, if any, of the Opinion on the scope of discovery, and (ii) whether, in light of the Opinion, the parties would like the Court to hold a settlement conference; and

2. A telephone conference is scheduled for **Friday, August 12, 2022 at 10:00 am** on the Court's conference line to discuss the Letter. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            August 8, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge