UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                              Plaintiff,

-v-                                    CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

PEPSICO INC.,

                              **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 12, 2022 (the "Conference"), the Court orders as follows:

1. For the reasons stated on the record during the Conference, Plaintiff's motion to strike portions of the June 10, 2022 report of Thomas Britven (ECF No. 295) is DENIED;

2. A telephone conference with Defendant's counsel is scheduled for **Monday, August 15, 2022 at 10:00 am**; and

3. A telephone conference with Plaintiff's counsel is scheduled for **Monday August 15, 2022 at 5:30 pm**.

Counsel are directed to call the Court's conference line at: (866) 390-1828; access code: 380-9799, at the respective times.

The parties are directed to promptly order a transcript of today's Conference.

The Clerk of Court is respectfully directed to close ECF No. 295.

Dated:      New York, New York                SO ORDERED.
              August 12, 2022

                                              _/s/ Sarah L. Cave_
                                              SARAH L. CAVE
                                              United States Magistrate Judge