UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISEANDSHINE CORPORATION,

                Plaintiff,

-v-

PEPSICO INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6324 (LGS) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF Nos. 317 and 325 to file the documents at ECF Nos. 319 and 327 with redactions is GRANTED.  The documents at ECF Nos. 318 and 326 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 317 and 325

Dated:      New York, New York
             September 29, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge