UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RISEANDSHINE CORPORATION d/b/a
RISE BREWING,
                                    Plaintiff,            21 Civ. 6324 (LGS)

           -against-                                      **ORDER**

PEPSICO INC.,
                                    Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 29, 2021, Plaintiff moved for a preliminary injunction. In connection with its motion, it filed a Declaration from Grant Gyesky, the CEO of Plaintiff. Portions of this Declaration are filed under seal. On July 26, 2021, this case was transferred into the Southern District of New York. It is hereby

**ORDERED** that no later than **June 13, 2023**, Plaintiff shall email an unredacted version of the Declaration of Grant Gyesky, available in redacted form at Dkt. 29, to Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: June 12, 2023
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE