UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEANDSHINE CORPORATION d/b/a<br>RISE BREWING,<br>        *Plaintiff*,<br><br>v.<br><br>PEPSICO INC.,<br>        *Defendant*. | CASE NO. 1:21-cv-06324-LGS-SLC<br><br>Honorable Lorna Schofield |

**PLAINTIFF'S NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Notice is hereby given under Federal Rule of Appellate Procedure 3 that Plaintiff RiseandShine Corporation d/b/a Rise Brewing ("Rise") appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered on August 2, 2023 (Dkt. 444) and all orders, decisions, rulings, findings, and conclusions that underlie or relate thereto, including but not limited to the Court's August 2, 2023, Order and Opinion (Dkt. 443) granting summary judgment against Rise regarding Rise's claims under the Lanham Act and New York common law.

Submitted August 16, 2023

/s/ *Paul Tanck*
Paul Tanck (Bar No. 4298840)
Paul.Tanck@alston.com
Neal J. McLaughlin (Bar No. 4732020)
Neal.mclaughlin@alston.com
Christopher L. McArdle (Bar. No. 4823654)
Chris.McArdle@alston.com
ALSTON & BIRD LLP
90 Park Ave
New York, NY 10016
Tel. (212) 210-9400
Fax. (212) 210-9444

Jason Rosenberg
Jason.Rosenberg@alston.com
Holly Hawkins Saporito
Holly.Saporito@alston.com
Emily Welch
Emily.Welch@alston.com
Shaleen Patel
Shaleen.Patel@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Tel. (404) 881-7000
Fax. (404) 881-7777

*Counsel for Plaintiff RiseandShine Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on August 16, 2023, I filed a copy of this NOTICE OF APPEAL using the Court's CM/ECF system, which automatically provides service to all counsel of record.

/s/ *Paul Tanck*
Paul Tanck (Bar No. 4298840)
Paul.Tanck@alston.com