UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEANDSHINE CORP. d/b/a RISE BREWING, <br><br> Plaintiff, <br><br> - against - <br><br> PEPSICO, INC., <br><br> Defendant. | Case No. 1:21-CV-06324 (LGS) <br><br> ECF Case <br><br> [PROPOSED] ORDER GRANTING MOTION TO RECOVER BOND |

WHEREAS, plaintiff Riseandshine Corporation d/b/a Rise Brewing ("Plaintiff") was required to obtain a bond in the amount of $250,000 following Plaintiff's successful motion for a preliminary injunction in this case against defendant PepsiCo, Inc. ("PepsiCo");

WHEREAS, Plaintiff posted the bond via two wire transfers of cash to the Office of the Clerk, receipts for which are attached hereto as Exhibit A; and

WHEREAS, on June 28, 2024, the Court granted defendant PepsiCo's motion to recover the full amount of the $250,000 bond.

NOW THEREFORE, it is ordered that the Clerk of the Court release and transfer funds in the full amount of the bond, i.e., $250,000, to PepsiCo.

**So Ordered.**

Dated: __September 26__, 2024

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE